United States Courts
Southern District of Texas
FILED
November 10, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-733** |
| | § | |
| **DAVON LADARIUS CRUMITY (1)** | § | |
| **LA TROY DION GARDNER (2)** | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
## (Possession With Intent to Distribute Controlled Substance)

On or about July 31, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**DAVON LADARIUS CRUMITY (1)**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
## (Conspiracy to Possess With Intent to Distribute Controlled Substance)

On or about October 20, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**DAVON LADARIUS CRUMITY (1)**
**LA TROY DION GARDNER (2)**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with

others, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

**COUNT THREE**
**(Felon in Possession of a Firearm)**

On or about October 20, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**DAVON LADARIUS CRUMITY (1)**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in or affecting commerce, namely, a GLOCK handgun, displaying serial number BMTS841.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT FOUR**
**(Felon in Possession of a Firearm)**

On or about October 20, 2026, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**LA TROY DION GARDNER (2)**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in or affecting commerce, namely, GLOCK handgun, with an extended magazine, with serial number BTYA163.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF CRIMINAL FORFEITURE**

The allegations contained in this indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

Upon conviction of Counts One and Two in the Indictment, offenses in violation of Title 21, United States Code, Section 841, the following is subject to forfeiture:

a. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

b. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

c. Upon conviction of Counts Three and Four in the Indictment, the Defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by Title 28, United States Code, Section 2461(c) and by Title 26, United States Code, Section 5872(a): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
UNITED STATES ATTORNEY

Michael Day

MICHAEL DAY
ASSISTANT UNITED STATES ATTORNEY